IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AIDEN JONES PETITIONER

v. Case No. 4:26-cv-04040

WARDEN JOHN MINERS RESPONDENT

**ORDER**

Before the Court is a Report and Recommendation filed on August 4, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Petitioner filed a § 2254 petition for habeas corpus, in which he seeks the restoration of "the loss of all good time credits." ECF No. 11. Judge Singleton recommends that the Court deny the instant petition, dismiss this habeas action with prejudice, and deny any certificate of appealability. ECF No. 12, at 4. Specifically, Judge Singleton finds that Petitioner has not exhausted his available remedies and does not have a protected liberty interest in good time credits or the possibility of parole. *Id.* at 2-3. Judge Singleton also finds that Petitioner improperly alleges a First Amendment claim in his habeas petition. *Id.* at 3-4.

Plaintiff has not responded to the Report and Recommendation, and the time to object has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, the Court finds that Plaintiff's § 2254 habeas petition (ECF No. 11) should be and hereby is **DENIED AND DISMISSED WITH PREJUDICE**. No

[1] The Court notes that Petitioner filed a Notice of Change of Address on September 9, 2026. ECF No. 13. The Court assumes that Petitioner received the Report and Recommendation because the Report and Recommendation was not returned marked as undeliverable.

certificate of appealability will issue. *See* 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**, this 21st day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge